IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN BONTTY,

    Petitioner,   No. 2:12-cv-1010 KJN P

    vs.

J. WALKER, Warden,   ORDER AND

    Respondent.   FINDINGS & RECOMMENDATIONS

_____/

    By order filed April 26, 2012, petitioner's application for writ of habeas corpus was dismissed, and petitioner was granted thirty days in which to elect to file an amended civil rights complaint or to voluntarily dismiss this action. On May 8, 2012, petitioner filed a letter to the clerk, which is nonresponsive to the April 26, 2012 order. (Dkt. No. 5.) Thirty days from April 26, 2012 have now passed, and petitioner has not filed an amended complaint or elected to voluntarily dismiss this action.

    In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

    IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

////

1

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
3  days after being served with these findings and recommendations, petitioner may file written
4  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5  Findings and Recommendations."  Petitioner is advised that failure to file objections within the
6  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7  F.2d 1153 (9th Cir. 1991).

8  DATED:  June 5, 2012

10  _____
    KENDALL J. NEWMAN
11  UNITED STATES MAGISTRATE JUDGE

12  bont1010.fta